ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
ANDREW T. PRIBE (CA SBN: 254904)
Assistant United States Attorney
   Room 7211, Federal Building
   300 N. Los Angeles Street
   Los Angeles, California 90012
   Telephone: (213) 894-4850
   Facsimile: (213) 894-0115
   E-mail: andrew.t.pribe@usdoj.gov

Attorneys for the United States of America,
Petitioner



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Petitioner,<br>    v.<br>LEONARD SIMON and DEBORAH SIMON,<br>    Respondents. | Case No. CV10-3988 GHK (FMOx)<br><br>[PROPOSED] ORDER TO SHOW CAUSE<br><br>**NOTE CHANGES MADE BY THE COURT.** |

Upon the Petition and supporting Memorandum of Points and Authorities, and the supporting Declarations to the Petition, the Court finds that Petitioner has established its *prima facie* case for judicial enforcement of the subject Internal Revenue Service summonses. See United States v. Powell, 379 U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964); see also, Crystal v. United States, 172 F.3d 1141, 1143-1144 (9th Cir. 1999); United States v. Jose, 131 F.3d 1325, 1327 (9th Cir. 1997); Fortney v. United States, 59 F.3d 117, 119-120 (9th Cir. 1995) (the Government's *prima facie* case is typically made through the sworn

declaration of the IRS agent who issued the summons); <u>accord</u>, <u>United States v. Gilleran</u>, 992 F.2d 232, 233 (9th Cir. 1993).

Therefore, **IT IS ORDERED** that Respondents Leonard Simon and Deborah Simon appear before this District Court of the United States for the Central District of California, in Courtroom No. 650,

☐ United States Courthouse
312 North Spring Street, Los Angeles, California, 90012

☒ Roybal Federal Building and United States Courthouse
255 E. Temple Street, Los Angeles, California, 90012

☐ Ronald Reagan Federal Building and United States Courthouse
411 West Fourth Street, Santa Ana, California, 92701

☐ Brown Federal Building and United States Courthouse
3470 Twelfth Street, Riverside, California, 92501

☐ _____

on **AUGUST 16, 2010**, at 9:30 a.m., and show cause why the testimony and production of books, papers, records, and other data demanded in the subject IRS administrative summonses should not be compelled.

**IT IS FURTHER ORDERED** that copies of this Order, the Petition, Memorandum of Points and Authorities, and accompanying Declarations be served promptly, *but in no event later than 21 days hereof,* upon Respondents Leonard Simon and Deborah Simon by any person authorized pursuant to Federal Rule of Civil Procedure 4(c)(2), in accordance with the service provisions of Rule 4 of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that within ten days after service upon Respondents of the herein-described documents, Respondents

2

shall file and serve a written response, supported by appropriate sworn statements, as well as any desired motions. If, prior to the appearance date set by this Order, Respondents file a response with the Court stating that Respondents do not desire to oppose the relief sought in the Petition, nor wish to make an appearance, then the appearance of Respondents at any hearing pursuant to this Order to Show Cause is excused, and Respondents shall be deemed to have complied with the requirements of this Order, & shall thereafter comply with the summonses within 14 days thereafter.

**IT IS FURTHER ORDERED** that all motions and issues raised by the pleadings will be considered on the appearance date set by this Order. Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by sworn statements filed within ten days after service of the herein-described documents will be considered by the Court. All allegations in the Petition not contested by such responsive pleadings or by sworn statements will be deemed admitted.

SO ORDERED: This 1st day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE

Presented By:

ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

_____
ANDREW T. PRIBE
Assistant United States Attorney

Attorneys for the United States of America,
Petitioner

3